IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JONATHAN TABER SANCHEZ,
# 162752                                                                                   PLAINTIFF

V.                          CASE NO. 3:20-CV-416-BRW-BD

TREY CAMP and
DOYLE RAMEY                                                                             DEFENDANTS

## ORDER

The Defendants have moved to dismiss Mr. Sanchez's claims based on his failure to respond to their correspondence. (Doc. No. 13) Mr. Sanchez must respond to the Defendants' motion within 30 days and explain why he has failed to communicate with Defendants' counsel.

Mr. Sanchez's failure to respond to this Order could result in the dismissal of his claims, without prejudice. Local Rule 5.5.

SO ORDERED, this 19th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE