# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JONATHON TABER SANCHEZ**                                              **PLAINTIFF**

v.                          Case No: 3:20-cv-00416 BRW

**TREY CAMP,** *et al.*                                                 **DEFENDANTS**

## ORDER

Defendants Trey Camp and Doyle Ramey filed a motion to dismiss this lawsuit because they were unable to contact Plaintiff Jonathan Taber Sanchez at his last known address.[1] On May 19, 2021, United States Magistrate Judge Beth Deere entered an order directing Mr. Sanchez to respond to the Defendants' motion within 30 days.[2] Mail subsequently sent to Mr. Sanchez at the last address he provided the Court (a post office box)[3] has been returned to the Court as "undeliverable" indicating that the post office box had been closed.[4] It has been over 30 days since Mr. Sanchez was directed to respond to the Defendants' motion, and he has not done so. Accordingly, Defendants' motion to dismiss is granted, and this case is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to respond to court orders, and for failure to prosecute.[5]

---

[1] Doc. Nos. 13-15.

[2] Doc. No. 16.

[3] Doc. No. 11.

[4] Doc. No. 18-19.

[5] *See also Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS SO ORDERED this 30th day of June, 2021.

BILLY ROY WILSON  
UNITED STATES DISTRICT JUDGE