IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JONATHON TABER SANCHEZ**                                                        **PLAINTIFF**

**v.**                      **No: 3:20-cv-00416 BRW**

**TREY CAMP,** *et al.*                                                            **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 30th day of June, 2021.

                                                                               BILLY ROY WILSON
                                                      UNITED STATES DISTRICT JUDGE